UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LARRY RICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 4:19CV3162 HEA |
| | ) |
| INTERFOOD, INC, et al., | ) |
| | ) |
| Defendants. | ) |

**OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's Motion for Reconsideration, [Doc. No. 35], Defendants' Bill of Costs, [Doc. No. 39], and Plaintiff's "Motion to Disqualify Legal Fees and Costs, [Doc. No. 42], and Plaintiff's Motion for Hearing or Reconsideration of Motion to Remand, [Doc. No. 41].

On April 9, 2020, the Court dismissed this action. The reasons for the dismissal are specifically detailed in the Opinion, Memorandum and Order. Plaintiff presents nothing new in his motions for reconsideration. Continuous filing of non-meritorious motions will not serve to resurrect a case that has been dismissed. This case is closed and has been closed since April 2020. Plaintiff shall not continue to refile, reargue, or attempt to create "new" pleadings in this case that is concluded and over.

– 1 –

Plaintiff's Motion to Disqualify Legal Fees and Costs fails to present any basis for the denial of fees and costs. The Motion is denied.

Defendants have submitted a Bill of Costs which seeks $100.00 copies and printing, without documentation supporting this cost.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Reconsideration, [Doc. No. 35], is **denied**.

**IT IS FURTHER ORDERED** that Defendants' Bill of Costs, [Doc. No. 39], is **granted**, subject to Defendants' filing documentation of their printing and copy costs, and Plaintiff's "Motion to Disqualify Legal Fees and Costs, [Doc. No. 42], is **denied**. Defendants shall submit this documentation within 5 days from the date of this Order. Failure to submit said documentation will result in denial of the requested cost.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Hearing or Reconsideration of Motion to Remand, [Doc. No. 41], is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall tax costs

upon the receipt of the said documentation.

Dated this 29th day of July, 2020.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE